**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DUNCAN HOFFMAN and CATHERINE HOFFMAN, h/w** ) | **Case Number 09-530** |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL COMPLAINT** |
| **vs.** ) | |
| ) | |
| **TRANSWORLD SYSTEMS, INC.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Defendant.** | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiffs, DUNCAN HOFFMAN and

CATHERINE HOFFMAN, h/w, pursuant to Rule  41(a)(1)(i) of the Rules of the United

States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/  Bruce K. Warren
        Bruce K. Warren, Esquire
        Attorney for Plaintiff
        Attorney I.D. #89677
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800