IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNCAN HOFFMAN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 09-530 |
| v. | : | |
| TRANSWORLD SYSTEMS, INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18th day of March, 2009, upon consideration of Plaintiff's Notice of Dismissal (Doc. No. 3), it is hereby ORDERED as follows:

1. The above-captioned action is DISMISSED with prejudice, pursuant to Rule 41(1)(a)(i).

2. Any pending motions are DENIED AS MOOT.

3. The Clerk shall close the case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.